AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Angel Alexis HERNANDEZ-Manzanares**<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 23, 2019** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Honduras, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about December 23, 2019 the defendant Angel Alexis HERNANDEZ-Manzanares was apprehended near Laredo, Texas. After a brief interview it was determined that, Angel Alexis HERNANDEZ-Manzanares was an undocumented alien from Honduras and subsequently placed under arrest. Further investigation revealed that Angel Alexis HERNANDEZ-Manzanares was previously REMOVED from the United States on 07/18/2019 at Harlingen, Tx. There is no record that Angel Alexis HERNANDEZ-Manzanares has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Joshua Steele
_Complainant's signature_

Joshua Steele, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence,

Date: December 26, 2019

_Judge's signature_

City and state: Laredo, Texas

Sam Sheldon, U.S. Magistrate Judge
_Printed name and title_